ACCEPTED
03-13-00498-CV
5045082
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/27/2015 2:00:01 PM
JEFFREY D. KYLE
CLERK



**D. Todd Smith,** Shareholder
todd@appealsplus.com
Board Certified—Civil Appellate Law
Texas Board of Legal Specialization

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

4/27/2015 2:00:01 PM

JEFFREY D. KYLE
Clerk

April 27, 2015

Jeffrey D. Kyle, Clerk
THIRD COURT OF APPEALS
Price Daniel, Sr. Building
209 W. 14th St., Room 101
Austin, Texas 78701

> Re:  No. 03-13-00498-CV in the Third Court of Appeals, Austin, Texas; *Ronnie Lawson & Leah Lawson v. Benjamin Keene, Kristi Keene, Gretchen Gayle Gullekson, Dayna Marie Twyman & KWI-8, L.L.C. d/b/a Keller Williams Realty*

Dear Mr. Kyle:

This letter acknowledges receipt of your April 23, 2015 notice advising that the above-referenced case has been scheduled for oral argument at 1:30 p.m. on May 20, 2015 before a panel consisting of Justices Puryear, Pemberton, and Field. The undersigned counsel will attend and present argument for the appellees.

As always, we appreciate your attention to this matter. If you have any questions, please do not hesitate to call.

Very truly yours,

D. Todd Smith

DTS/slk

cc:  Don Cruse

**www.appealsplus.com**

1250 Capital of Texas Highway South | Three Cielo Center, Suite 601 | Austin, TX 78746 | 512.439.3230